**No. 59784.**—Young Windows, Inc. *v.* United States, protests 202503–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of window regulators of the same kind in all material respects

as those the subject of *Young Windows, Inc.* v. *United States* (34 Cust. Ct. 138, C. D. 1693), the claim of the plaintiff was sustained.